FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
# Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF CHAPTER 7 CASE CLOSED
## WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**  **BANKRUPTCY NO.** 2:10–bk–35873–PC
Jose G Torres  **CHAPTER** 7
**SSN:** xxx–xx–5094
**EIN:** N/A
Andrea Torres
**SSN:** xxx–xx–3876
475 W Grand Ave
Pomona, CA 91766

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: December 7, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 10/05) VAN–102 clsnodsc    **16 / LS2**